IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRUCE CARR, | § | |
| | § | No. 488, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 82002234DI |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 20, 2014
Decided: December 11, 2014

Before **STRINE**, Chief Justice, **RIDGELY**, and **VALIHURA**, Justices

# **O R D E R**

This 11th day of December 2014, after careful consideration of the opening brief, the State's motion to affirm, and the record on appeal, we find it manifest that the judgment below should be affirmed on the basis of the Superior Court's order dated August 6, 2014, which adopted the Commissioner's findings and well-reasoned recommendation dated July 10, 2014. The Superior Court did not err in concluding that appellant's untimely and repetitive motion for postconviction relief was procedurally barred and that appellant had failed to overcome the procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice